## COUNTY OF SUFFOLK NEW YORK

EMPLOYEE'S EARNING STATEMENT

| CHECK # | PAYROLL DATE | EMPLOYEE NUMBER | LOCATION | DED APPROP | | | NET PAY |
|---|---|---|---|---|---|---|---|
| 11382733 | 01/11/09 | | 201718 | 32-4530 | | | $1,690.82 |

### EARNINGS / TIME AND ACCRUALS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| REGULAR | 2,188.00 | 2,188.00 | PREVIOUS | | | | |
| | | | USED | | | | |
| | | | EARNED | | | | |
| | | | CURRENT | | | | |
| TOTAL | 2,188.00 | | TIME AND ACCRUALS AS OF | | | | |

### DEDUCTIONS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FEDERAL | 98.64 | 98.64 | 0201 | 16.00 | 16.00 | | |
| STATE | 92.51 | 92.51 | | | | | |
| FICA | 135.66 | 135.66 | | | | | |
| FICA-MED | 31.73 | 31.73 | | | | | |
| 0110 | 65.64 | 65.64 | | | | | |
| 0112 | 57.00 | 57.00 | | | | | |

PLEASE DETACH AT PERFORATION AND RETAIN STUB FOR YOUR RECORDS

---

## COUNTY OF SUFFOLK NEW YORK

EMPLOYEE'S EARNING STATEMENT

| CHECK # | PAYROLL DATE | EMPLOYEE NUMBER | LOCATION | DED APPROP | | | NET PAY |
|---|---|---|---|---|---|---|---|
| 11372421 | 12/28/08 | | 201718 | 32-4530 | | | $1,679.30 |

### EARNINGS / TIME AND ACCRUALS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| REGULAR | 2,188.00 | 58,393.83 | PREVIOUS | | | | |
| LEGL | 46.42 | | USED | | | | |
| | | | EARNED | | | | |
| | | | CURRENT | | | | |
| TOTAL | 2,234.42 | | TIME AND ACCRUALS AS OF | | | | |

### DEDUCTIONS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FEDERAL | 106.62 | 2,772.69 | 0201 | 16.00 | 431.00 | | |
| STATE | 92.51 | 2,447.87 | | | | | |
| FICA | 138.53 | 3,620.49 | | | | | |
| FICA-MED | 32.40 | 846.72 | | | | | |
| 0110 | 65.64 | 1,750.39 | | | | | |
| 0112 | 57.00 | 1,539.00 | | | | | |

PLEASE DETACH AT PERFORATION AND RETAIN STUB FOR YOUR RECORDS

---

## COUNTY OF SUFFOLK NEW YORK

EMPLOYEE'S EARNING STATEMENT

| CHECK # | PAYROLL DATE | EMPLOYEE NUMBER | LOCATION | DED APPROP | | | NET PAY |
|---|---|---|---|---|---|---|---|
| 11361431 | 12/14/08 | | 201718 | 32-4530 | | | $1,682.84 |

### EARNINGS / TIME AND ACCRUALS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| REGULAR | 2,188.00 | 56,159.41 | PREVIOUS | | | | |
| | | | USED | | | | |
| | | | EARNED | | | | |
| | | | CURRENT | | | | |
| TOTAL | 2,188.00 | | TIME AND ACCRUALS AS OF | | | | |

### DEDUCTIONS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FEDERAL | 106.62 | 2,666.07 | 0201 | 16.00 | 415.00 | | |
| STATE | 92.51 | 2,355.36 | | | | | |
| FICA | 135.66 | 3,481.96 | | | | | |
| FICA-MED | 31.73 | 814.32 | | | | | |
| 0110 | 65.64 | 1,684.75 | | | | | |
| 0112 | 57.00 | 1,482.00 | | | | | |